UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

JAMES ASTA

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE
JUDGE IN A MISDEMEANOR CASE

CASE NUMBER: 23 MAG-00083 KPB

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

X _____
                              Defendant

---

**WAIVER OF RIGHT TO TRIAL BY JURY**

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. _____
                                                                                    Defendant

Consented to by United States _____

_____
Name/Title

---

**WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL**

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                              Defendant

---

_____          Approved By: _____
Defendant's Atty                                                    U.S. Magistrate Judge

                                                                             1/6/23
                                                                             Date