UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

James C. Asta

                Defendant.

Case No.: 23 MAG 00083    (KPB)

**ORDER OF DISMISSAL**

---

      Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

 

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated:     22 day of September, 20 23
            White Plains, New York